ARTHUR W. MCMURRAY v. VERONICA MARY MCMURRAY.

January 20, 1981.

Petition for certification denied.

B.P. OIL, INC. v. TOWNSHIP OF NEPTUNE.

January 20, 1981.

Petition for certification denied.

BRIGHTON, INC. v. COLONIAL FIRST NATIONAL BANK.

January 20, 1981.

Petition for certification granted.   (See 176 *N.J.Super.* 101)

SAMANTHA BRANHAM v. HOWARD GLENN BRANHAM, JR.

January 20, 1981.

Petition for certification denied.